# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Travanon Kenric Alexis                    Docket No.  5:07-CR-126-1BR

## Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travanon Kenric Alexis, who, upon an earlier plea of guilty to Forcibly Resist, Oppose, Impede, Intimidate and Interfere With an Officer or Employee of the United States, in violation of 18 U.S.C. § 111(a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on January 7, 2008, to the custody of the Bureau of Prisons for a term of 30 months.  It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.    The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3.    The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4.    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Travanon Kenric Alexis was released from custody on July 10, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 19, 2011, the defendant reported to the probation office and submitted a urine specimen which proved positive for marijuana. He signed an Admission of Drug Use Statement admitting his use of marijuana. He advised his use of this illegal substance was an isolated incident and has expressed remorse for his actions. In an effort to deter any future drug use,

his urine surveillance will be increased and he will be continued in substance abuse counseling. As a punitive sanction, it is respectfully recommended that the defendant perform 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.      The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the
                                                                         foregoing is true and correct.


 /s/ Robert L. Thornton                              /s/ Debbie W. Starling
Robert L. Thornton                                    Debbie W. Starling
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                                    310 Dick Street
                                                                    Fayetteville, NC 28301-5730
                                                                    Phone: (910) 483-8613
                                                                    Executed On: May 23, 2011


**ORDER OF COURT**

Considered and ordered this __24__ day of __May__, 2011, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge